UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JILL SHUFFLEBOTHAM,

          Plaintiff,

                                          Case No. 26-cv-0761-hl

    v.

MEIJER STORES LIMITED PARTNERSHIP,

          Defendant.

## ORDER DENYING MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE

On April 29, 2026, Plaintiff Jill Sufflebotham, proceeding without an attorney, filed this lawsuit against Defendant Meijer Stores Limited Partnership. (ECF No. 1.) Shufflebotham has also filed a motion for leave to proceed without prepayment of the filing fee or *in forma pauperis* (IFP). (ECF No. 2.) The matter is before the Court for consideration of Shufflebotham's IFP motion.

The Court has authority to allow a plaintiff to proceed IFP upon the submission of an affidavit that identifies the plaintiff's assets and allows the Court to find that the plaintiff is unable to pay the filing fee. *See* 28 U.S.C. §1915(a)(1). Shufflebotham's IFP application includes information about her finances and is signed under penalty of perjury. (ECF No. 2 at 2.) She represents that she is employed, has no dependents, and takes home approximately $1,000 per month. (*Id.*) Shufflebotham has approximately $200 in checking or savings and a 2020 Jeep Compass valued between $15,000 and $18,000. (*Id.*) She resides with family and thus does not pay for rent or utilities. (*Id.*) She does not give an amount for other expenses but states that she has "[b]asic personal expenses only." (*Id.*)

On these facts, the Court will deny Shufflebotham's IFP motion because she is not indigent. While a plaintiff need not show that she is totally destitute to establish indigence, *Zaun v. Dobbin*, 628 F.2d 990, 993 (7th Cir. 1980), the Court's authority to grant IFP motions "is reserved to the many truly impoverished litigants who . . . would remain without legal remedy if such privilege

were not afforded to them," *Brewster v. N. Am. Van Lines, Inc.*, 461 F.2d 649, 651 (7th Cir. 1972). The total cost of filing a civil action is $405.00, which includes the $350.00 statutory filing fee and a $55.00 administrative fee. Although Shufflebotham does not have a huge income, she brings home $1,000 each month and has virtually no expenses. She also reports $200 in checking or savings and other assets. In sum, she is in significantly better financial condition than many litigants in this Court, and, if she wishes to proceed with a federal lawsuit, she must use her available financial resources to pay the filing fee. The Court will give Shufflebotham **thirty (30) days** from the date of this Order to pay the filing fee. If she does not pay, her case will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Shufflebotham's motion for leave to proceed without prepayment of the filing fee, ECF No. 2, is **DENIED**. Shufflebotham has until **June 1, 2026** to pay the filing fee; otherwise, her case will be dismissed without prejudice for failure to prosecute under Civ. L. R. 41(c).

Dated at Milwaukee, Wisconsin on May 1, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge